# JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUCONNECT COMMUNICATIONS, INC., a California corporation<br><br>             Plaintiff,<br>   v.<br><br>RACHEL PETERSON, in her individual capacity and in her official capacity as Executive Director of the Public Utilities Commission of the State of California.<br><br>             Defendant. | Case No.: 2:23-cv-01933-AB-AS<br><br>**JUDGMENT** |

Pursuant to the March 26, 2024, Order Granting Defendant's Motion to Dismiss Second Amended Complaint, in accordance with Federal Rule of Civil Procedure 58, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1343 and 42 U.S.C. § 1983.
2. Plaintiff TruConnect Communications, Inc. previously dismissed Defendants Public Utilities Commission of the State of California, Alice Reynolds, Genevieve Shiroma, Darcie L. Houck, John R.D. Reynolds, and Clifford Rechtschaffen by omitting them from the September 14, 2023, Second Amended Complaint (ECF No. 25).
3. The Second Amended Complaint is the operative pleading.
4. The Second Amended Complaint is DISMISSED without leave to amend. Defendant Rachel Peterson shall have JUDGMENT in her favor, and AGAINST Plaintiff. Plaintiff shall take nothing by way of its Second Amended Complaint. This action is DISMISSED.
5. Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is DENIED.

**IT IS SO ORDERED.**

Dated: April 29, 2024

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE